IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHERON CAMERON,                           )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )          1:15CV923
                                          )
NANCY A. BERRYHILL,[1] Acting             )
Commissioner of Social Security,          )
                                          )
                    Defendant.            )

**ORDER**

On January 10, 2017, the United States Magistrate Judge's Recommendation was filed

and notice was served on the parties pursuant to 28 U.S.C. § 636.  Plaintiff filed objections

(ECF No. 14) within the time limit prescribed by Section 636.  The Court has reviewed

Plaintiff's objections *de novo* and finds that they do not change the substance of the United

States Magistrate Judge's Recommendation (ECF No. 12), which is hereby affirmed and

adopted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Judgment on the

Pleadings (ECF No. 8) is DENIED, the Commissioner's Motion for Judgment on the

Pleadings (ECF No. 10) is GRANTED, and that this action is DISMISSED.

This, the 10th day of March, 2017.


                              /s/ Loretta C. Biggs
                          United States District Judge

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017.  Pursuant to
Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W.
Colvin as the Defendant in this suit.  No further action need be taken to continue this suit by reason of the last
sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).